# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTONIO SIERRA,** | : | |
| Petitioner | : | **CIVIL ACTION NO. 3:CV-17-1584** |
| v. | : | (Judge Caputo) |
| **KATHLEEN KANE,** *et al.,* | : | |
| Respondents | : | |

# O R D E R

**AND NOW**, this **7th** day of **DECEMBER**, **2017**, upon consideration of Mr. Sierra's Petition for Writ of Habeas Corpus (ECF No. 8) and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The petition for writ of habeas corpus (ECF No. 8) filed pursuant to 28 U.S.C. § 2254 is **DISMISSED**.

2. Mr. Sierra's pending motion (ECF No. 11) is **DISMISSED** as moot.

3. A certificate of appealability is **DENIED**. *See* 28 U.S.C. § 2253(c).

4. The Clerk of Court is directed to **CLOSE** this file.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**