# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTONIO SIERRA,** | : | |
| | : | |
| Petitioner | : | CIVIL ACTION NO. 3:CV-17-1584 |
| | : | |
| v. | : | (Judge Caputo) |
| | : | |
| **KATHLEEN KANE,** *et al.,* | : | |
| | : | |
| Respondents | : | |

# O R D E R

**AND NOW**, this **1st** day of **MARCH**, **2018**, upon consideration of Mr. Sierra's "Petition in Chancery by Exigent Circumstances" (ECF No. 21) and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Mr. Sierra's "Petition in Chancery by Exigent Circumstances" will be construed as a motion for reconsideration, or, in the alternative, motion for leave to file an amended petition.

2. Mr. Sierra's motion for reconsideration (ECF No. 21) is **DENIED**.

3. Mr. Sierra's motion for leave to file an amended petition (ECF No. 21) is **DENIED**.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**